UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SAMUEL SUDORE, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WILLIAM H. FLIGELTAUB and JANE DOE FLIGELTAUB, husband and wife,<br><br>Defendants. | NO. 2:21-cv-00330-RSL-JRC<br><br>**STIPULATION AND ORDER OF DISMISSAL** |

## I. STIPULATION

Pursuant to Civil Rule 41, the parties, by and through their undersigned counsel of record, hereby stipulate and agree that the above-entitled action has been resolved, and all claims should be dismissed with prejudice and without fees and costs to any party. Accordingly, the parties respectfully request that the Court enter an Order dismissing all claims with prejudice and without fees or costs to any party.

///

///

///

STIPULATION AND ORDER
OF DISMISSAL - 1
Case No. 2:21-cv-00330-RSL-JRC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Dated this 19th day of May, 2021.

| OSERAN HAHN, P.S. | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| *s/* <br> James H. Clark, WSBA #18862 <br> *Attorneys for Plaintiff* <br> Oseran Hahn, P.S. <br> 929 108th Ave NE, #1200 <br> Bellevue, WA 98004 <br> Phone: (425) 455-3900 <br> Email: jclark@ohswlaw.com | *s/Neal J. Philip* <br> Neal J. Philip, WSBA # 22350 <br> *Attorneys for Defendant William H. Fligeltaub* <br> Gordon Rees Scully Mansukhani, LLP <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Phone: (206) 695-5100 <br> Email: nphilip@grsm.com |

## II. ORDER OF DISMISSAL

THIS MATTER having come before the undersigned upon the stipulation of the parties for dismissal, and the Court being fully advised, now therefore, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above action, including all claims brought or that could have been brought, is hereby dismissed with prejudice and without award of costs or attorney's fees to any party.

Dated this 21st day of May, 2021.

*[signature]*
The Honorable Robert S. Lasnik
United States District Court Judge

STIPULATION AND ORDER
OF DISMISSAL - 2
Case No. 2:21-cv-00330-RSL-JRC

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822